No. 94–9290.  WAGNER v. MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 94–9291.  WISE v. HANNIGAN, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–9292.  THOMAS v. HOLMES, REGIONAL MANAGER, DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. 10th Cir.  Certiorari denied.

No. 94–9293.  BREWER v. OHIO.  Ct. App. Ohio, Greene County.  Certiorari denied.

No. 94–9296.  HENRY v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 94–9298.  THOMAS v. JACKSON, JUDGE, COURT OF APPEALS OF UTAH, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–9299.  KIMBLE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 94–9300.  WATERS v. NEIDENBACH ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–9301.  CARTER v. FENNER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9304.  JONES v. SIKES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–9305.  JEFFRIES v. METRO-MARK, INC.  C. A. 8th Cir.  Certiorari denied.

No. 94–9306.  MALONEY v. GLADSTONE ET AL.  Sup. Ct. N. H.  Certiorari denied.

No. 94–9307.  BASTIDA v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9310.  DAVIS v. GRAMLEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 94–9313.  MORRIS, AKA PRUITT v. RIVERS, WARDEN.  C. A. 6th Cir.  Certiorari denied.